STEVEN G. ROSALES
ATTORNEY AT LAW 222224
LAW OFFICES OF LAWRENCE D. ROHLFING
12631 EAST IMPERIAL HIGHWAY, SUITE C-115
SANTA FE SPRINGS, CALIFORNIA 90670-4712

TEL: 562/868-5886
FAX: 562/868-5491
E-MAIL: rohlfing_office@msn.com

Attorney for plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BRANDT, | Case No.: CV 09-7224 AGR |
| Plaintiff, | NOTICE OF DISMISSAL WITHOUT PREJUDICE AS DUPLICATIVE OF CV 07-2903 AGR; AND ORDER |
| vs. | |
| MICHAEL J. ASTRUE, COMMISSIONER SOCIAL SECURITY, | |
| Defendant | |

TO THE HONORABLE ROSALYN M. CHAPMAN, MAGISTRATE JUDGE OF THE DISTRICT COURT:

///

///

///

///

///

///

///

Plaintiff hereby dismisses the above captioned matter as duplicative of CV 07-2903 AGR.

DATED: November 18, 2009   LAW OFFICES OF LAWRENCE D. ROHLFING

  /s/- Steven G. Rosales
STEVEN G. ROSALES
Attorneys for plaintiff Robert Brandt

**ORDER**

IT IS SO ORDERED THAT THE ABOVE CAPTIONED MATTER IS DISMISSED AS DUPLICATIVE.

DATE: November 19, 2009

_____
THE HONORABLE ALICIA G. ROSENBERG
MAGISTRATE JUDGE OF THE DISTRICT COURT